# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2006

129385

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DAVID R. WILKS, SR.,
               Plaintiff-Appellee,

v

SAPPI FINE PAPER NORTH AMERICA and
TRAVELERS INDEMNITY COMPANY OF
ILLINOIS,
               Defendants-Appellants,
and

PACIFIC EMPLOYERS INSURANCE
COMPANY,
               Defendant-Appellee.
_____/

SC: 129385
COA: 261112
WCAC: 04-000115

On order of the Court, the application for leave to appeal the July 21, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2006

_____
Clerk

t0123